PENSACOLA EXCELSIOR COMPANY, *Plaintiff in Error*, v. UNITED STATES FIDELITY & GUARANTY COMPANY, a Corporation, *Defendant in Error*.

En Banc.

Decision filed March 25, 1930.

*P. D. Beall* and *F. W. Marsh,* for Plaintiff in Error;

*Watson & Pasco,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of

650

the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment. It is therefore considered, ordered and adjudged by the Court that the said judgment of the Court of Record be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.